UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| K.T. SIMMONS, | ) Case No. EDCV 08-1098-SVW(AJW) |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| L. SMALLS, | ) |
| Respondent. | ) |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: May 6, 2009

_____
Stephen V. Wilson
United States District Judge